AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America )<br>v. )<br>Jesus Parra-Felix )<br>a/k/a Nathaniel Sanchez-Avendando )<br>　　　　　　　　　　　　　　　　　　 )<br>Date of Original Judgment: 12/19/2007 )<br>Date of Previous Amended Judgment: _____ )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 1:07CR00110-001<br>USM No: 08626-028<br><br>Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Parra-Felix was sentenced to the mandatory minimum term available; therefore, he is not eligible for a sentence reduction.

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
　　Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/03/2015

　　　　　　　　　　　　　　　　　　　　　LARRY J. McKINNEY, JUDGE
　　　　　　　　　　　　　　　　　　　　　United States District Court
Effective Date: _____　　　　　　　　　Southern District of Indiana
*(if different from order date)*

Distribution:

Electronically Registered Counsel

Jesus Parra-Felix
Reg. No. 08626-028
Pollock Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 4050
Pollock, LA 71467